# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ZIPIT WIRELESS, INC.,

       Plaintiff,

  v.

LG ELECTRONICS U.S.A., INC.,

       Defendant.

CIVIL ACTION FILE

NO. _____

**Jury Trial Demanded**

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zipit Wireless, Inc. ("Plaintiff") states that:

1.    Plaintiff is a company organized and existing under the laws of the State of Delaware;

2.    Plaintiff has no parent corporation; and

3.    No publicly held corporation owns 10% or more of Plaintiff.

Respectfully submitted, this 12th day of February, 2020.

HERMAN JONES LLP

*/s/ Serina M. Vash*
Serina M. Vash
 (NJ Bar. No. 041142009)
HERMAN JONES LLP
153 Central Avenue #131
Westfield, NJ 07090
Telephone: (862) 250-3930
Telephone: (404) 504-6516
Facsimile:  (404) 504-6501
Email: svash@hermanjones.com

Stephen R. Risley
(*pro hac vice application to be filed*)
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 585-2101
Facsimile: (678) 389-9402
Email: steverisley@kentrisley.com

Cortney S. Alexander
(*pro hac vice application to be filed*)
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
Facsimile: (770) 462-3299
Email:cortneyalexander@kentrisley.com

Attorneys for Plaintiff
Zipit Wireless, Inc.