

| | |
|---|---|
| Liza M. Walsh<br>Direct Dial: (973) 757-1101<br>lwalsh@walsh.law | **THREE GATEWAY CENTER**<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>T: 973.757.1100<br>F: 973.757.1090<br>**WALSH.LAW** |

May 13, 2020

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Kevin McNulty, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Zipit Wireless, Inc. v. LG Electronics U.S.A, Inc.*
               Civil Action No. 2:20-cv-01494 (KM-JBC)

Dear Judge McNulty:

      This firm represents Defendant LG Electronics U.S.A, Inc. in the above-referenced matter. Enclosed for the Court's consideration is a Stipulation and Proposed Order Staying Litigation. If the enclosed stipulation is acceptable to the Court, we respectfully request that Your Honor endorse it and have it entered on the docket.

      As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or need anything further.

      Respectfully submitted,

      *s/Liza M. Walsh*

      Liza M. Walsh

Encl.
cc :    All Counsel of Record (via ECF and E-mail)